# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Berman, Richard M. | 2. Court or Organization<br><br>U.S. District Court - S.D.N.Y. | 3. Date of Report<br><br>06/13/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge, Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2017<br>to<br>12/31/2017 |

| 7. Chambers or Office Address<br><br>U.S. District Court<br>500 Pearl Street<br>New York, NY 10007 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/13/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/13/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Apple Inc | A | Dividend | L | T | | | | | |
| 2. Liberty Media Corp Liberty Cap Cl A | A | Dividend | K | T | | | | | |
| 3. LM CBA Equity Income Builder Fund CL A | A | Dividend | K | T | | | | | |
| 4. Morgan Stanley Money Market Fund | A | Interest | L | T | | | | | |
| 5. US Treasury Inflation Index NTS CPI Non Seasonally | A | Interest | M | T | | | | | |
| 6. SPDR S&P 500 ETF Trust | C | Dividend | M | T | Buy (add'l) | 10/16/17 | K | | |
| 7. | | | | | Buy (add'l) | 12/08/17 | K | | |
| 8. | | | | | Buy (add'l) | 12/11/17 | J | | |
| 9. | | | | | Buy (add'l) | 01/19/17 | J | | |
| 10. Liberty Media Corp Liberty Cap com Ser A | | None | K | T | | | | | |
| 11. SPDR Gold Trust | | None | J | T | | | | | |
| 12. Vanguard 500 Index Trust | C | Distribution | N | T | | | | | |
| 13. Vanguard Total Intl Index | C | Distribution | M | T | | | | | |
| 14. Vanguard Total Stock Index | D | Distribution | M | T | | | | | |
| 15. Ishares Russell 2000 Index Fund | B | Dividend | M | T | | | | | |
| 16. UTS SPDR Trust Ser 1 | C | Dividend | L | T | | | | | |
| 17. TSASC Inc NY TOB Settlement Asset | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. New York ST Urban Dev Corp Rev Personal Income Tax | B | Interest | M | T | | | | | |
| 19. T-C Infl Lnkd Bond Rtmt | A | Distribution | K | T | | | | | |
| 20. T-C Lifecycle 2020 Rtmt | | None | K | T | | | | | |
| 21. T-C Lifecycle Rtmt Inc Rtmt | A | Distribution | K | T | | | | | |
| 22. Property Indian River County, FL | E | Rent | L | W | | | | | |
| 23. China Mobile LTD Spn ADR | A | Dividend | | | Sold | 11/14/17 | J | A | |
| 24. SPDR Gold Trust | | None | K | T | | | | | |
| 25. Ishares TR Dow Jones US | A | Dividend | J | T | | | | | |
| 26. Union Pacific corp | A | Dividend | K | T | | | | | |
| 27. Rydex ETR TR Index Fund | A | Dividend | J | T | | | | | |
| 28. New Jersey St Genl Obligation | A | Interest | | | Sold | 01/13/17 | K | A | |
| 29. New York State Dorm Auth Pers Inc Tax Rev 2/15/2022 | B | Interest | L | T | | | | | |
| 30. Spartan Total Market Index | A | Interest | K | T | | | | | |
| 31. Spartan Small Cap Index | A | Interest | K | T | | | | | |
| 32. Costco Wholesale Crp | A | Dividend | K | T | | | | | |
| 33. Goldman Sachs Group Inc | A | Dividend | K | T | | | | | |
| 34. Liberty Media Corporation.com | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Netflix | A | Dividend | K | T | | | | | |
| 36. Liberty Media Corp Ser A | | None | K | T | | | | | |
| 37. United States Treasury Bill | B | Interest | M | T | | | | | |
| 38. Liberty Spinco Inc Cl A | A | Dividend | J | T | | | | | |
| 39. Invisa Inc | A | Dividend | J | T | | | | | |
| 40. Stratasys LTD | A | Dividend | J | T | | | | | |
| 41. Guggenheim S&P 500 Equal Weight | A | Dividend | L | T | Buy (add'l) | 06/21/17 | K | | |
| 42. | | | | | Sold (part) | 11/14/17 | J | | |
| 43. Vanguard S&P 500 ETF | A | Dividend | K | T | Sold (part) | 11/14/17 | J | | |
| 44. Rochester NY | C | Interest | | | Sold | 03/31/17 | M | A | |
| 45. Metropolitan Tran Auth NY Tax FD A 11/15/2021 | C | Interest | | | Sold | 03/31/17 | M | A | |
| 46. Metropolitan Trans Auth NY Rev D 11/15/2018 | B | Interest | | | Sold | 03/31/17 | M | A | |
| 47. Liberty NY Dev Corp 10/1/2037 | D | Interest | M | T | | | | | |
| 48. Clearbridge Dividend Strat A | A | Int./Div. | | | Sold | 12/08/17 | J | A | |
| 49. New Jersey Econ Dev Auth School | A | Interest | | | Sold | 01/13/17 | K | A | |
| 50. Vanguard TTL Stk Mkt ETF | A | Dividend | K | T | | | | | |
| 51. AB High Income A | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Doubleline Income Solutions | D | Dividend | | | Sold (part) | 06/06/17 | L | D | |
| 53. | | | | | Sold | 08/09/17 | L | E | |
| 54. Metropolitan Trans Auth 11/15/2024 | B | Interest | L | T | | | | | |
| 55. The Carlyle Group LP | C | Dividend | K | T | | | | | |
| 56. NJ Econ Dev Auth School 3/1/2026 | C | Interest | | | Sold | 01/17/17 | L | A | |
| 57. NJ Trans Trust Fd Auth 6/15/2028 | D | Interest | | | Sold | 01/17/17 | M | A | |
| 58. NYC Trans Fin Auth Ser C 11/1/2035 | D | Interest | M | T | | | | | |
| 59. Nassau Cnty Genl Oblig Ser B 4/1/2022 | B | Interest | K | T | | | | | |
| 60. First Trust DJ Internet IDX | | None | J | T | | | | | |
| 61. Vanguard Info Tech | A | Dividend | J | T | | | | | |
| 62. NYS Dorm Auth Suppor 10/1/2020 | D | Interest | M | T | | | | | |
| 63. Rockland Cnty Genl Oblig Pub Ser C 5/1/2021 | D | Interest | M | T | | | | | |
| 64. NYC Hsg Develp Multi Fam Rev G 11/1/2020 | B | Interest | M | T | | | | | |
| 65. Metropolitan Trans Auth Sub Ser A-1 11/15/2021 | D | Interest | | | Sold | 04/20/17 | L | A | |
| 66. US Treasury Note Inflation 7/15/2026 | A | Interest | | | Sold (part) | 04/20/17 | J | A | |
| 67. | | | | | Sold | 07/25/17 | M | A | |
| 68. Fannie Mae | | None | | | Sold | 06/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Freddie Mac | | None | | | Sold | 06/06/17 | J | A | |
| 70. US Treasury Bill 3/16/2017 | A | Interest | L | T | | | | | |
| 71. Amazon Com Inc | A | Dividend | J | T | Buy | 06/26/17 | J | | |
| 72. Clearbridge Large Cap GRT ETF | A | Dividend | J | T | Buy | 06/26/17 | J | | |
| 73. Lululemon Athletica Inc | | None | J | T | Buy | 06/22/17 | J | | |
| 74. Tucows Inc | | None | J | T | Buy | 06/22/17 | J | | |
| 75. BOFI Hldg Inc | | None | J | T | Buy | 06/22/17 | J | | |
| 76. Ishares Russell Top 200 G ETF | B | Dividend | K | T | Buy | 06/21/17 | K | | |
| 77. The Financial Sel Sect SPDR Fd | A | Dividend | K | T | Buy | 01/19/17 | K | | |
| 78. Metropolitan Trans Auth NY Rev 11/15/2021 | A | Interest | L | T | Buy | 10/16/17 | L | | |
| 79. Wappingers Cent Sch Dist NY 12/01/2025 | B | Interest | M | T | Buy | 07/25/17 | M | | |
| 80. Vanguard Mega Cap Growth ETF | A | Dividend | J | T | Buy | 06/26/17 | J | | |
| 81. Morgan Stanley | A | Dividend | J | T | Buy | 04/20/17 | J | | |
| 82. Chicago Ill 1/1/2023 | B | Interest | L | T | Buy | 04/20/17 | L | | |
| 83. Dunkirk NY 3/15/2031 | A | Interest | M | T | Buy | 03/31/17 | M | | |
| 84. Monroe Cnty NY 7/1/2033 | B | Interest | M | T | Buy | 03/31/17 | M | | |
| 85. NY ST Urban Dev Corp Rev A 3/15/2034 | B | Interest | M | T | Buy | 03/31/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 06/13/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Metropolitan Tran Auth Trans Rev Ref B 11/15/2030 | C | Interest | M | T | Buy | 01/24/17 | M | | |
| 87. Triborough Bridge Ref B 11/15/2025 | C | Interest | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Original report did not include information on Triborough Bridge Ref B 11/15/2025. It has been added to Line 87.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Richard M. Berman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544